**FILED**

06/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0104

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 21-0104

ERIC HATHAWAY,

    Plaintiff and Appellant,

v.

ZOOT ENTERPRISES, INC.,

    Defendant and Appellee.

**ORDER GRANTING ZOOT ENTERPRISES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Appellee Zoot Enterprises, Inc., Unopposed Motion for Extension of Time and good cause shown,

IT IS HEREBY ORDERED that Appellee's motion is GRANTED.

Appellee's Answering Brief is due on or before August 6, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 24 2021